No. 12, original. MISSOURI *v.* IOWA. November 13, 1939. The counsel for the respective parties to the above-entitled cause having stipulated and agreed that this cause has been fully settled and compromised and that it shall be dismissed and have filed a stipulation to that effect,

It is ordered, adjudged, and decreed that the Bill of Complaint in this cause be, and it hereby is, dismissed, and that the costs, including the compensation of the Special Master, shall be divided equally between the parties. *Messrs. Roy McKittrick,* Attorney General of Missouri, *Frank W. Hayes,* Assistant Attorney General, *M. E. Casey,* and *Mrs. Ruth L. Waltner* for complainant.

*Messrs. Fred D. Everett,* Attorney General of Iowa, and *Horace E. Pike,* Assistant Attorney General, for defendant.